# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| CAROLYN HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 8:14-cv-3740 |
| | ) |
| PROFESSIONAL ACCOUNTS MANAGEMENT, LLC, | ) ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S COMPLAINT

Plaintiff, CAROLYN HARRIS ("Plaintiff"), through her attorneys, alleges the following against Defendant, PROFESSIONAL ACCOUNTS MANAGEMENT, LLC ("Defendant"):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*.

### JURISDICTION AND VENUE

2. Subject matter jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d).

3. Defendant conducts business in the State of Maryland thereby establishing personal jurisdiction.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) as the acts giving rise to this action occurred in this district as Plaintiff resides in this district and Defendant conducts business in the this district.

### PARTIES

5. Plaintiff is a natural person at times relevant residing in Upper Marlboro, Maryland.

6. Plaintiff owes or allegedly owes a debt as that term is defined by 15 U.S.C. § 1692a(5) and is a consumer as that term is defined by 15 U.S.C. § 1692a(3).

7. Defendant is a business entity with an office located at 633 W. Wisconsin Ave., Suite 1600, Milwaukee, WI 53203.

8. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

9. Defendant is a debt collector as that term is defined by 15 U.S.C. § 1692a(6), and sought to collect a consumer debt from Plaintiff.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

11. Sometime prior to the filing of this action, Defendant acquired an account to collect funds from Plaintiff which were owed or due, or allegedly owed and due ("Debt"), to a creditor other than Defendant.

12. The Debt arises from credit card transactions which were for personal purposes.

13. In connection with the collection of the Debt, Defendant places telephone calls to Plaintiff ("collection calls") at telephone number (301) 868-78xx.

14. In or around July 2014, Defendant placed a collection call to Plaintiff and left the following pre-recorded voicemail message:

> We are sorry that we missed you. Please contact our office as soon as possible, we have a message that requires your immediate attention. Please contact our office at 1-877-501-9923. That number again is 1-877-501-9923. Thank you.

15. Defendant left another two (2) or three (3) identical message for Plaintiff.

16. Defendant did not, through it voicemail message, disclose Defendant's identity.

17. Defendant did not, through its voicemail message, state its name.

18. Defendant did not, through its voicemail message, state its agents' duties, role or position.

19. Defendant did not, through its voicemail message, state the nature of its business.

20. Defendant did not, through its voicemail message, disclose that it was a debt collector.

21. Defendant did not, through its voicemail message, disclose that the purpose of its call was to collect a debt.

22. Defendant, through its voicemail message, withheld its name in an effort to deceive Plaintiff as to Defendant's true identify.

23. Defendant, through its voicemail message, withheld the nature of its call to deceive Plaintiff as to Defendant's true purpose to collect funds from Plaintiff.

24. Defendant, through its voicemail message, attempted to deceive Plaintiff by representing that its call was urgent.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

25. Defendant violated the FDCPA based on the following:

   a. Defendant violated §1692d(6) of the FDCPA by communicating with Plaintiff without meaningfully disclosing its identity;

   b. Defendant violated §1692e(10) of the FDCPA by using deceptive means to attempt to collect a debt.

   c. Defendant violated §1692e(11) of the FDCPA by failing to notify Plaintiff in the voice message that it was a debt collector.

WHEREFORE, Plaintiff, CAROLYN HARRIS, respectfully requests judgment be entered against Defendant, PROFESSIONAL ACCOUNTS MANAGEMENT, LLC, for the following:

26. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

27. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

28. Any other relief that this Honorable Court deems appropriate.

Dated: December 1, 2014                    RESPECTFULLY SUBMITTED,

                                By: /s/ Deborah Van Bergen
                                    Deborah Van Bergen
                                    Federal Bar No. 13998
                                    D. G. Van Bergen, P.A.
                                    1406 B Crain Hwy S Ste 104
                                    Glen Burnie, MD 21061
                                    Office: 410-863-1012
                                    E-mail: deborah.vanbergen@cavtel.net