## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| CAROLYN HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 8:14-cv-3740 |
| | ) |
| PROFESSIONAL ACCOUNTS | ) |
| MANAGEMENT, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

CAROLYN HARRIS (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PROFESSIONAL ACCOUNTS MANAGEMENT, LLC. (Defendant), in this case.

Dated: January 5, 2015        RESPECTFULLY SUBMITTED,

                                          By: /s/ Deborah Van Bergen
                                          Deborah Van Bergen
                                          Federal Bar No. 13998
                                          D. G. Van Bergen, P.A.
                                          1406 B Crain Hwy S Ste 104
                                          Glen Burnie, MD 21061
                                          Office: 410-863-1012
                                          E-mail: deborah.vanbergen@cavtel.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

                                              By: /s/ Deborah Van Bergen
                                                    Deborah Van Bergen
                                                    Attorney for Plaintiff